**CLAYEO C. ARNOLD**
**A Professional Corporation**
**Clayeo C. Arnold, SBN 65070**
**Clifford L. Carter, SBN 149621**
**Kirk J. Wolden, SBN 138902**
**865 Howe Avenue, Suite 300**
**Sacramento, CA 95825**
**Telephone (916) 924-3100**
**Fax (916) 924-1829**
**Email clay@ccalawcorp.com**
**cliff@ccalawcorp.com**
**kirk@ccalawcorp.com**

**Rodney A. Klein, SBN 035541**
**Lawrence S. Paikoff, M.D., J.D., SBN 191732**
**2300 Bell Executive Lane**
**Sacramento, CA 95825**
**Telephone (916) 929-6000**
**Fax (916) 929-5137**
**Email info@klein-paikoff-law.com**

**Attorneys for Plaintiff**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master Docket No. M:05-CV-01966-CRB |
| | MDL Docket No. 1699 |
| This document relates to: | District Judge: Charles R. Breyer |
| MICHAEL PEASE, Plaintiff, | Case No.: 3:05-cv-05358-CRB |
| vs. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| PFIZER, INC., a Delaware Corporation; PHARMACIA & UPJOHN, INC. a/k/a PHARMACIA & UPJOHN COMPANY, a New Jersey Corporation; MCKESSON CORPORATION, Defendants. | |

Come now Plaintiff, MICHAEL PEASE, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

Dated: 6/1, 2009

CLAYEO C. ARNOLD
A Professional Law Corporation

By: ______________________
KIRK J. WOLDEN
Attorneys for Plaintiff

Dated: June 4, 2009

DLA PIPER LLP (US)

By: ______________________
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 335-4500
Fax: (212) 335-4501
Defendant's Liaison Counsel

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: June 5, 2009

______________________
Honorable Charles R. Breyer
United States District Judge

